# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

In re:                                                                    Case No. 11-13244-JKO
                                                                          Chapter 7
P & E SOLUTIONS COMPANY

           Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The trustee has unclaimed funds of $29,037.15 remaining in the trustee's account which represents a check drawn with an unknown address to mail to entity pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entity; or

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

     WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: May 29, 2015

                                                                                     */s/Soneet R. Kapila*
                                                          Soneet R. Kapila, Trustee
                                                          P.O. Box 14213
                                                          Fort Lauderdale, FL 33302
                                                          Phone: 954/761-8707
                                                          Fax: 954/761-1033

*Soneet R. Kapila, Federal Bankruptcy Trustee*

*Post Office Box 14213, Fort Lauderdale, Florida 33302*
*Telephone: 954/761-8707   Facsimile: 954/761-1033 Website:* *www.kapilatrustee.com*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FOR LAUDERDALE DIVISION

In re:                                             Case No. 11-13244-JKO
                                                   Chapter 7
P & E SOLUTIONS COMPANY

           Debtor(s).
_____/

## Attachment

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| | Carol Oswald | | $1,176.86 |
| | Lisa Gardner | | $4,235.91 |
| | Curtis Stuck | | $9,615.08 |
| | Barron A. Keel | | $393.38 |
| | Eva Rodriguez | | $7,840.13 |
| | Brenda Balmoos | | $1,724.75 |
| | Aman Masoonijolahloo | | $1,149.32 |
| | Gary Morris | | $1,597.00 |
| | Reynoldo Lopez | | $1,304.72 |